1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY BURY,                          )        1:00-CV-7099 RHW WMW P
                                          )
12          Plaintiff,                    )        ORDER GRANTING EXTENSION OF
                                          )        TIME   TO   FILE   RESPONSIVE
13      v.                                )        PLEADING
                                          )        (DOCUMENT #53)
14   R. HICKMAN, et al.,                  )
                                          )
15                                        )
                                          )
16          Defendants.                   )
     _____)

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   June 22, 2005, defendants Martinez and Cunningham filed an application/request to extend time to file

19   a responsive pleading in the above matter.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Defendants are granted until July 27, 2005 to file their answers or other responsive pleadings.IT
     IS SO ORDERED.
22
     J14hj0**Dated:   July 20, 2005**              _____/s/  **William M. Wunderlich**_____
23                                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28