**FILED**

JUN 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LARRY BURY,

    Plaintiff,

v.

DERRAL ADAMS, *et al.*,

    Defendants.

NO. CV-F-00-7099-RHW-WMW-P

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge William Wunderlich filed a Report and Recommendation ("R & R") on April 24, 2006, recommending this matter be dismissed for Plaintiff's failure to prosecute. Plaintiff is appearing *pro se*, and Defendants are represented by Assistant Attorney General Constance Lee Picciano. Neither party has filed any objections to the R & R.

The R & R recommends dismissal for failure to prosecute pursuant to Local Rule 78-230(m), which provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion[.]" Plaintiff has failed to respond to Defendants' motion to dismiss filed on July 27, 2005.

Accordingly, and for good cause shown, the Court **ADOPTS** the Report and Recommendation. Defendants' Motion to Dismiss (Ct. Rec. 56) is **GRANTED** due to Plaintiff's failure to prosecute and waiver of opposition.

///
///
///
///

ORDER ADOPTING REPORT AND RECOMMENDATION * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order, forward copies to Plaintiff and counsel, and close the file.
3  **DATED** this 24th day of June, 2006.

*(signature)*

ROBERT H. WHALEY
United States District Judge

Q:\FRESNO CASES\Bury\Bury.r&r.adopt.ord.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION * 2